NEW YORK LIFE INSURANCE CO. *v.* BAHADURIAN.

Insurance—Fraud—Cancellation of Instruments.
 False representation by insured, in application, that he had not consulted physician in five years, was false representation as to material fact, entitling insurer to cancellation of policy.

Appeal from Wayne; Collins (Joseph H.), J., presiding. Submitted October 22, 1930. (Docket No. 134, Calendar No. 35,287.) Decided December 2, 1930.

Bill by New York Life Insurance Company, a New York corporation, against Anna B. Bahadurian to cancel an insurance policy. From decree for plaintiff, defendant appeals. Affirmed.

*Thomas A. E. Weadock,* for plaintiff.

*Frank B. Ferguson* and *R. Wendell Brown,* for defendant.

POTTER, J. Plaintiff filed a bill to cancel, on the ground of fraud, a life insurance policy issued to defendant's husband payable to her. There was decree for plaintiff, and defendant appeals.

The insured, in his application, represented he had not consulted a physician in five years prior to making such application. Plaintiff proved he did so consult a physician, and defendant recalled the witness and sought to prove that the insured's infirmity impaired his health to a minor extent only. The insured—

"concealed a material fact by a false representation. The insurer had a right to know that he had consulted a physician, the application called for such knowledge, and if it had been imparted the insurer could have made investigation. * * * The false statement bore a direct relation to acceptance of the risk and the hazard assumed by the insurer." *Bellestri-Fontana* v. *Life Insurance Co.*, 234 Mich. 424.

The decree of the trial court is affirmed.

WIEST, C. J., and BUTZEL, CLARK, McDONALD, SHARPE, NORTH, and FEAD, JJ., concurred.